IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:07-CV-342-FDW

| | | |
|---|---|---|
| CONVERGENT ACQUISITIONS AND DEVELOPMENT, INC. AND ESTATECOM, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) ) | |
| D.R. HORTON, INC., | ) ) | |
| Defendant. | ) ) | |

THIS MATTER comes now before the Court upon Plaintiffs' Response to Defendant's Motion to Dismiss or, in the Alternative, to Stay this Action and Compel Arbitration (Doc. No. 10). Plaintiffs have represented to the Court that "the parties have settled all matters, with a separate arbitration provision designed to resolve disagreements related to the settlement agreement." In other words, the parties have settled their dispute and have arranged for arbitration should their settlement turn sour. The Court has independently confirmed this state of affairs with counsel for both parties. It therefore appears that the parties have no further business before this Court. Accordingly, this matter is DISMISSED and the clerk is directed to close the case.

IT IS SO ORDERED.

Signed: October 2, 2007

Frank D. Whitney
United States District Judge